CLERK'S OFFICE U.S. DIST. COURT.
AT ROANOKE, VA
FILED

MAY 2 2 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **MARKHAM ANDREW BURKE,** | ) | |
| | ) | Case No. 7:13CV00380 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **HAROLD CLARKE, DIRECTOR,** | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

This habeas corpus matter is stayed and held in abeyance until further order of the court after adjudication of the petitioner's habeas corpus action now before the Supreme Court of Virginia. As a record keeping matter, it is hereby

### ORDERED

that the petitioner, by counsel, **SHALL** notify the court within ten days after any decision is rendered by the Supreme Court of Virginia.

ENTER: this _22d_ day of May, 2015.

_Glen Conrad_
_____
Chief United States District Judge