CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 03 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| MARKHAM ANDREW BURKE, | ) | CASE NO. 7:13CV00380 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| HAROLD CLARKE, DIRECTOR, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

By opinion and order entered September 24, 2014, the court stayed this habeas corpus action under 28 U.S.C. § 2254, pending petitioner's opportunity to seek belated relief in the Supreme Court of Virginia. Petitioner has now notified the court that by order dated May 22, 2015, the Supreme Court of Virginia dismissed his state habeas petition on procedural grounds. Upon review of the record, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. This habeas corpus action is hereby **REINSTATED** to the active docket of the court, thereby terminating the stay previously imposed; and

2. The parties are **DIRECTED** to submit within 21 days from entry of this order any additional briefing regarding the pending motion to dismiss the petition on the ground of procedural default, and each party shall have 7 days thereafter to submit any reply brief.

ENTER: This 3rd day of June, 2015.

/s/ Glen E. Conrad
Chief United States District Judge